## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **21-mj-06111**

USAO No. **2018R01622**

Date **7/27/2021**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint      ☐ Removal Proceedings in

*United States v.* **US v Tyrell Murphy, a/k/a "Fat Cat"**

The Complaint/Rule 40 Affidavit was filed on **6/15/2021**

✓ *U.S. Marshals please withdraw warrant*

JULIANA MURRAY
Digitally signed by JULIANA MURRAY
Date: 2021.07.27 10:18:36 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 7/27/2021

UNITED STATES MAGISTRATE JUDGE